LAW OFFICES OF WILLIAM R. McGEE, APLC
William R. McGee, CA State Bar No. 122153
Deanna M. Wallace, CA State Bar No. 242825
Kevin A. Alexander II, CA State Bar No. 294308
701 Palomar Airport Road, Suite 250
Carlsbad, CA 92011
Telephone: (760) 438-1047
Facsimile: (760) 438-1056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FRY and<br>DIANE L. DESMOND, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAYCO, INC., a limited liability company,<br>and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ | Case No. 1:19-cv-000793-BAM<br><br>ORDER REGARDING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE |

On September 9, 2019, the parties filed a stipulation seeking to continue the mandatory scheduling conference currently set for September 12, 2019. (Doc. No. 9.) According to the parties' stipulation, counsel for Plaintiff was not aware of the mandatory scheduling conference until September 6, 2019 due to a technological issue and Plaintiff consequently did not provide Defendant with timely notice of the mandatory scheduling conference. (*Id.*) Counsel for Defendant is currently out of the country for personal business and unavailable on September 12, 2019. (*Id.*)

Pursuant to the stipulation of the parties, and for good cause appearing, the Scheduling Conference currently set for September 12, 2019, is HEREBY CONTINUED to **Thursday September 26, 2019, at 09:00 AM in Courtroom 8 before Magistrate Judge**

**Barbara A. McAuliffe**. A Joint Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 3) one (1) full week prior to the scheduling conference. A copy shall additionally be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties are encouraged to appear at the scheduling conference telephonically and may do so with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **September 9, 2019**           /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE